BROOKLYN HILLS IMPROVEMENT COMPANY, Appellant, *v.* NEW YORK AND ROCKAWAY BEACH RAILWAY COMPANY, Respondent.

*Brooklyn Hills Impr. Co.* v. *N. Y. & R. B. Ry. Co.*, 80 App. Div. 508, affirmed.

(Argued March 29, 1904; decided April 26, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 6, 1903, affirming a judgment for costs in favor of defendant, entered upon a verdict for nominal damages in favor of plaintiff, and an order denying a motion for a new trial.

*John H. Corwin* for appellant.

*Edward M. Shepard, Joseph F. Keany* and *William J. Kelly* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ. Not voting: PARKER, Ch. J.

---

BROOKLYN AND ROCKAWAY BEACH RAILROAD COMPANY, Appellant, *v.* LONG ISLAND RAILROAD COMPANY et al., Respondents.

*Brooklyn & R. B. R. R. Co.* v. *L. I. R. R. Co.*, 72 App. Div. 496, appeal dismissed.

(Argued March 29, 1904; decided April 26, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 29, 1902, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial.

*Augustus Van Wyck, George W. Wingate* and *Charles W. Church, Jr.*, for appellant.

*Edward M. Shepard* and *Joseph. F. Keany* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.